UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PATTERSON

07 CV 2761

Case No.

Plaintiff: Mark DeGeorge

-v-

Defendant: ACE American and Insurance Company

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ACE American Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED APR 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: 4/5/07

Signature of Attorney

Attorney Bar Code: