UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Civil No. 07 cv 2761 (RPP)

MARK DeGEORGE

                Plaintiff,                **CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

-against-

ACE AMERICAN INSURANCE COMPANY,

                Defendant.

At the conference before the Court held on June 6, 2007, this Case Management Plan and Scheduling Order was adopted in accordance with Rule 16-26(f) of the Federal Rules of Civil Procedure.

1. Initial requests for production of documents to be served by **July 6, 2007**.

2. Interrogatories to be served by **July 6, 2007**.

3. Additional parties may not be joined after **September 16, 2007**, except with leave of Court.

4. Amended pleadings may not be filed after **September 16, 2007**, except with leave of Court.

5. Depositions to be completed by **October 26, 2007**.

6. All fact discovery is to be completed no later than **December 14, 2007**. *in writing*

*Plaintiff's counsel must notify the Court of any objections to this schedule by 6/15/07*

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/07