James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
ACE AMERICAN INSURANCE
COMPANY

UNITED STATES DISTRICT COURT                Civil No. 07 cv 2761 (RPP)
SOUTHERN DISTRICT OF NEW YORK

MARK DeGEORGE

                         Plaintiff,

   -against-

ACE AMERICAN INSURANCE COMPANY,

                         Defendant.

**AFFIDAVIT OF JAMES E. MERCANTE**

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

    James E. Mercante, being duly sworn, deposes and says:

1. I am a member of the law firm of RUBIN, FIORELLA & FRIEDMAN LLP, attorneys for defendant, ACE AMERICAN INSURANCE COMPANY ("ACE"), and I am fully familiar with the facts of this matter.

2. The following exhibits are submitted in support of ACE's motion for summary judgment:

**LIST OF EXHIBITS**

**Exhibit 1** - Excerpts from the transcript of plaintiff Mark DeGeorge's Examination Under Oath, dated March 21, 2006.

**Exhibit 2** - Marine insurance policy issued by ACE to DeGeorge for the period June 23, 2005 to June 23, 2006.

**Exhibit 3** - ACE's Declination of Coverage Letter, dated May 24, 2006.

_____
JAMES E. MERCANTE

Sworn to before me this
_____ day of October, 2007.

_____
Notary Public

STEPHANIE J. MAZZA
Notary Public, State of New York
No. 01MA6139666
Qualified in Richmond County
Commission Expires January 17, 20___