James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
ACE AMERICAN INSURANCE
COMPANY

UNITED STATES DISTRICT COURT　　　　　Civil No. 07 cv 2761 (RPP)
SOUTHERN DISTRICT OF NEW YORK

MARK DeGEORGE

              Plaintiff,　　　　**AFFIDAVIT OF**
　　　　　　　　　　　　　　　　　　　　　**JAMES E. MERCANTE**

   -against-

ACE AMERICAN INSURANCE COMPANY,

             Defendant.

STATE OF NEW YORK　　)
　　　　　　　　　　　　)ss.:
COUNTY OF NEW YORK　)

    James E. Mercante, being duly sworn, deposes and says:

    1.    I am a member of the law firm of RUBIN, FIORELLA & FRIEDMAN LLP, attorneys for defendant, ACE AMERICAN INSURANCE COMPANY ("ACE"), and I am fully familiar with the facts of this matter.

    2.    The following exhibits are submitted in support of ACE's motion for summary judgment:

**LIST OF EXHIBITS**

**Exhibit 1 -** Excerpts from the transcript of plaintiff Mark DeGeorge's Examination Under Oath, dated March 21, 2006.

**Exhibit 2 -** Marine insurance policy issued by ACE to DeGeorge for the period June 23, 2005 to June 23, 2006.

**Exhibit 3 -** ACE's Declination of Coverage Letter, dated May 24, 2006.

_____
JAMES E. MERCANTE

Sworn to before me this
_____ day of October, 2007.

_____
Notary Public

STEPHANIE J. MAZZA
Notary Public, State of New York
No. 01MA6139666
Qualified in Richmond County
Commission Expires January 17, 20___