# STOCK & CARR
*ATTORNEYS AT LAW*

88 SECOND STREET
MINEOLA, NEW YORK 11501
TELEPHONE 516-747-2478
FAX 516-747-2574

stockcarresqs@yahoo.com
www.stockcarr.com



THOMAS J. STOCK
VICTOR A. CARR

**COUNSEL**
HARRY RAFTAKIS
GARY A. SALATTO
RICHARD C. URBAN
STEPHEN R. PERGOLIZZI
ERNEST J. PEACE
LOUIS N. AGRESTA
THOMAS J. LAFAUCI

## MEMO ENDORSED

October 18, 2007

VIA FAX: (212) 805-7917

Robert Monteagudo
Courtroom Deputy to
District Judge Robert P. Patterson, Jr.
United States District Court
Southern District of New York

RECEIVED
OCT 18 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

    RE:  Mark DeGeorge v. Ace American Insurance Co.
          07 cv 2761 (RPP)

Dear Mr. Monteagudo:

I represent the plaintiff in the above entitled action and, as such, I am respectfully requesting an adjournment of the defendant's motion for summary judgment, presently returnable tomorrow, October 19, 2007.

If the adjournment is granted and with the Court's permission, I agree to have my opposition papers to Mr. Mercante no later than November 1, 2007, with his reply papers due by November 9, 2007.  *So ordered.*

I have contacted James Mercante, Esq., attorney for the defendant, and he has indicated that he has no objection to an adjournment of his motion, with the dates for the opposition and reply as indicated above.

In compliance with Judge Patterson's rules, I attempted to contact the Court today by telephone and left a message to the above effect. Please confirm that the motion is adjourned to ~~October 19~~ *November 15, 2007 at 11AM*, 2007. Thank you for your courtesy and cooperation.

*So ordered*
Robert P. Patterson USDJ
10/18/07

Very truly yours,

VICTOR A. CARR

cc by fax: James Mercante, Esq. (212) 953-2462

*Suffolk County Office: 6500 Jericho Turnpike, Suite 209, Commack, New York 11725*
*Brooklyn Office: 911 Avenue U, Brooklyn, New York 11223*