```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

# RUBIN, FIORELLA & FRIEDMAN LLP
### ATTORNEYS AT LAW
### 292 MADISON AVENUE
### NEW YORK, NEW YORK 10017
### TELEPHONE: (212) 953-2381
### FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4632
E-MAIL: Rhan@rubinfiorella.com

October 25, 2007

**Via Facsimile**
(212) 805-7917

Hon. Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

RE:  Mark DeGeorge v. Ace American Insurance Company
     Docket No.:07 cv 2761 (RPP)

Dear Hon. Judge Patterson:

We represent defendant, Ace American Insurance Company, in the above-referenced marine insurance coverage action. A motion and cross-motion for summary judgment have been filed by both parties. Accordingly, we are respectfully requesting an adjournment of the date to complete the parties' deposition from October 26, 2007, to after the motion and cross-motion are decided.

We have contacted Mr. Victor Carr, attorney for the plaintiff, and he has indicated that he does not object to an adjournment of the deposition dates as indicated above.

Respectfully,
RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
    Yoon S. Han

YSH:sjm

cc:  **Via Facsimile**
     (516) 747-2574
     Attn: Victor Carr, Esq.
     Stock & Carr, Esqs.

*Application granted.*
*So ordered*
*[signature] Robert P. Patterson*
*USDJ*
*10/26/07*