# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL: (212) 447-4632
Rhan@rubinfiorella.com

**MEMO ENDORSED**

November 8, 2007

**Via Facsimile**
(212) 805-7917

Hon. Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-8-07
```

RE: *Mark DeGeorge v. Ace American Insurance Company*
Docket No.:07 cv 2761 (RPP)
Our File No.: 431-8553

Dear Judge Patterson:

We represent defendant, Ace American Insurance Company, in this marine insurance declaratory judgment action. We respectfully request an extension of time to serve and file reply papers for defendant's motion for summary judgment and opposition papers for plaintiff's cross-motion for summary judgment from November 9, 2007, to November 16, 2007.

This is the first time the defendant has requested such an extension. We have contacted Mr. Victor Carr, attorney for the plaintiff, and he does not object to the above extension.

In light of the extension, the parties also request that the motion be adjourned to November 23, 2007.

Respectfully,
RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
Yoon S. Han

*Application granted*
*So ordered*
11/8/07
[signature] USDJ

YSH:sjm

*Mark DeGeorge v. Ace American Insurance Company*
Docket No.:07 cv 2761 (RPP)
Hon. Robert P. Patterson, Jr.
November 8, 2007
Page 2

cc: *Via Fascimile*
(516) 747-2574
Attn: Victor Carr, Esq.
Stock & Carr, Esqs.

RUBIN, FIORELLA & FRIEDMAN LLP