# RUBIN, FIORELLA & FRIEDMAN LLP
### ATTORNEYS AT LAW
### 292 MADISON AVENUE
### NEW YORK, NEW YORK 10017
### TELEPHONE: (212) 953-2381
### FACSIMILE: (212) 953-2462

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

WRITER'S DIRECT DIAL: (212) 447-4632
E-MAIL: Rhan@rubinfiorella.com

November 15, 2007

**Via Facsimile**
(212) 805-7917

Hon. Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007



RECEIVED NOV 15 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

RE:  *Mark DeGeorge v. Ace American Insurance Company*
     Docket No.: 07 cv 2761 (RPP)
     Our File No.: 431-8553

Dear Judge Patterson:

We represent defendant, Ace American Insurance Company, in the above-referenced marine insurance declaratory judgment action.

As per Court's directive to adjourn the motion, we conferred with Mr. Victor Carr, attorney for the plaintiff, and request that the motion be adjourned to December 4, 2007, at 2 p.m., which was previously scheduled for November 15, 2007, at 11 a.m.

In light of the above adjournment, we also request the following changes in the briefing schedule:

Defendant to serve and file its reply and opposition papers by Wednesday November 21, 2007, which was previously scheduled for November 16, 2007.

Plaintiff to serve and file his reply papers by Thursday November 29, 2007. Previously, no briefing schedule was set for plaintiff's reply papers.

*Application granted
So ordered
Robert P. Patterson
11/15/07*

*Mark DeGeorge v. Ace American Insurance Company*
Docket No.:07 cv 2761 (RPP)
Hon. Robert P. Patterson, Jr.
Our File No.: 431-8553
Page 2

  We conferred with Mr. Carr, and he does not object to the above changes.

              Respectfully,
              RUBIN, FIORELLA & FRIEDMAN LLP

              By: _____
                Yoon S. Han

*YSH:sjm*

cc: *Via Fascimile*
  (516) 747-2574
  Attn: Victor Carr, Esq.
  Stock & Carr, Esqs.

RUBIN, FIORELLA & FRIEDMAN LLP