James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
ACE AMERICAN INSURANCE
COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil No. 07 cv 2761 (RPP)

MARK DeGEORGE

                Plaintiff,

**AFFIDAVIT OF
YOON S. HAN**

-against-

ACE AMERICAN INSURANCE COMPANY,

                Defendant.

STATE OF NEW YORK  )
                            )ss.:
COUNTY OF NEW YORK  )

    YOON S. HAN, being duly sworn, deposes and says:

1.     I am an associate of the law firm of RUBIN, FIORELLA & FRIEDMAN LLP, attorneys for defendant, ACE AMERICAN INSURANCE COMPANY ("ACE"), and I am fully familiar with the facts of this matter.

2.     The following exhibits are submitted in support of ACE's motion for summary judgment:

**LIST OF EXHIBITS**

**Exhibit 4** -   ACE's Notice of Declination of Coverage Letter to Renee Holstein, dated May 24, 2006.

**Exhibit 5** -   Printout from the website of Whitmore Group.

_____
YOON S. HAN

Sworn to before me this
21st day of November, 2007.

_____
Notary Public

STEPHANIE J. MAZZA
Notary Public, State of New York
No. 01MA6139666
Qualified in Richmond County
Commission Expires January 17, 20 10