

800-433-0385 x 7278 *tel*
800-643-8507 *fax*

Claims
One Beaver Valley Road
Wilmington, DE 19803

janet.thomas@ace-ina.com
www.ace-ina.com

Janet Thomas
*Marine Claims Specialist*

May 24, 2006

***Via Certified Mail/Return Receipt Requested
and Regular Mail***

Ms. Renee Holstein
15 Hill Park Ave.
Great Neck, New York 11021

**NOTICE OF
DECLINATION
OF COVERAGE**

Re:  Carrier:    ACE American Insurance Company
     Policy:     Y08066358
     Claim #:    796S166828-2
     Insured:    Mark DeGeorge
     Claimant:   Renee Holstein
     DOL:        7/4/05

Dear Ms. Holstein:

We have completed our investigation of Mr. Mark DeGeorge's insurance claim involving an apparent injury to you on July 4, 2005. Based on the terms and conditions of the applicable policy of marine insurance issued by ACE American Insurance Company (the "Company"), please be advised that there is no coverage for the claim.

The Company has determined through its investigation that a requirement of the insurance contract, the Notice of Loss provision, was breached. The Company has declined Mr. DeGeorge's claim, and there is no defense or indemnity coverage available. Accordingly, any claim under the policy arising out of this incident is voided.

Please be advised that this denial of coverage is without prejudice to or waiver of any rights, benefits or any other defenses available to the Company under the policy of insurance or otherwise.

Very truly yours,

Janet Thomas
Marine Claims Specialist

JT/jt



c:    Matthew A. Sosnik, Esq.
*__Via Regular Mail__*

Mark Degeorge
*__Via Regular Mail__*