UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK DeGEORGE,

                Plaintiff,                      07 CIVIL 2761 (RPP)

       -against-                                     JUDGMENT

ACE AMERICAN INSURANCE COMPANY,
                Defendant.
------------------------------------------------------------X

        The parties having cross-moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Robert P. Patterson, United States District Judge, and the Court, on January 17, 2008, having rendered its Opinion and Order granting defendant's motion for summary judgment and denying plaintiff's cross-motion for summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 17, 2008, defendant's motion for summary judgment is granted and plaintiff's cross-motion for summary judgment is denied.

**Dated:** New York, New York
           January 23, 2008

                                                            **J. MICHAEL McMAHON**
                                                                 Clerk of Court
                                      BY:
                                                                     Deputy Clerk

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON _____

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/23/08]*